IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NOTHERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>JESSE W. JOHNSON JR.,<br><br>Respondent. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:10-cv-065 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |
|---|---|

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On August 2, 2010, Judge Alba issued a Report and Recommendation, recommending "[t]he District Court find that Respondent has failed to show cause why he should not be compelled to comply with the Summonses."[1] Judge Alba further recommended that Respondent be ordered to provide the information required by the Summonses no later than fifteen days after adoption of the Report and Recommendation.[2] Respondent filed no objection to these recommendations. Accordingly, the court hereby APPROVES AND ADOPTS Judge Alba's Report and Recommendation in its entirety. Respondent shall provide the required information no later than **September 9, 2010**. This case is now closed and each party shall bear its own costs.

---

[1] Report and Recommendation, at 2 (Docket No. 7).

[2] *Id.*

SO ORDERED this 25th day of August, 2010.

BY THE COURT:

*[signature]*
Clark Waddoups
United States District Judge